UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CUNG HNIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00116-SEB-MJD |
| TOA (USA) LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Court=s ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: ____10/31/2013_____

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert S. Rifkin
MAURER RIFKIN & HILL P C
rrifkin@mrhlaw.com

Clinton E. Blanck
MAURER, RIFKIN & HILL P.C.
cblanck@mrhlaw.com

Brett Edward Buhl
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brett.buhl@odnss.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com