# Tonda Capps-Trent Deposition Invoice
# Exhibit A to
# Declaration of Kenneth B. Siepman

WM. F. DANIELS, RPR/CP CM d/b/a
ACCURATE REPORTING OF INDIANA
12922 Brighton Avenue
Carmel, Indiana  46032
(317) 848-0088

ID #35-1645983                          Invoice No. 11145

July 16, 2013

To: Mr. Kenneth B. Siepman
    Ogletree Deakins
    111 Monument Circle, Suite 4600
    Indianapolis, IN 46204

Re: Cung Hnin, Plf
        Vs.
    TOA USA, LLC, Dft

    In the United States District Court
    for the Southern District of Indiana
    Civil Action No. 1:12-cv-00116-SEB-MJD

---

For providing you with an expedited copy of the transcript of the deposition of Tonda Capps-Trent, held on July 12, 2013, at 111 Monument Circle, Suite 4600, Indianapolis, Indiana, before Heather S. Orbaugh, CSR.
(Original included for signature.)

Description

---

Transcript fees                                $ 436.00

TERMS: Payment due on or before August 16, 2013. If payment not made by this date, there is a 1.5% service charge added each month until billing is paid.