# Plaintiff Deposition Invoices
# Exhibit B to
# Declaration of Kenneth B. Siepman

# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140582 | 5/2/2013 | 74652 |

| Job Date | Case No. |
|---|---|
| 4/4/2013 | 1:12-CV-00116-SEB-MJD |

| Case Name |
|---|
| Cung Hnin v. TOA (USA), Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kenneth B. Siepman
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600, Chase Tower
Indianapolis IN  46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Cung Hnin                                                                                  1,299.35

                               TOTAL DUE  >>>            $1,299.35
                               AFTER 6/1/2013  PAY       $1,364.32

Thank you.  Your business is appreciated.

Stewart Richardson now has an office in VALPARAISO.  Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Kenneth B. Siepman
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600, Chase Tower
Indianapolis IN  46204

Job No.      : 74652           BU ID     : SRA
Case No.     : 1:12-CV-00116-SEB-MJD
Case Name    : Cung Hnin v. TOA (USA), Inc.

Invoice No.  : 140582          Invoice Date : 5/2/2013
**Total Due** : **$ 1,299.35**
AFTER 6/1/2013 PAY $1,364.32

Remit To:  **Stewart Richardson Deposition Services**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139691 | 4/9/2013 | 74668 |

| Job Date | Case No. |
|---|---|
| 4/4/2013 | 1:12-CV-00116-SEB-MJD |

| Case Name |
|---|
| Cung Hnin v. Toa (USA), Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kenneth B. Siepman
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600, Chase Tower
Indianapolis IN  46204

VIDEOGRAPHER FEES:
   Cung Hnin                                                                                     1,476.50

                                          TOTAL DUE >>>        $1,476.50
                                          AFTER 5/9/2013  PAY  $1,550.33

Thank you.  Your business is appreciated.

Stewart Richardson now has an office in VALPARAISO. Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Kenneth B. Siepman
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600, Chase Tower
Indianapolis IN  46204

Job No.     : 74668            BU ID      : VIDEO-INDY
Case No.    : 1:12-CV-00116-SEB-MJD
Case Name   : Cung Hnin v. Toa (USA), Inc.

Invoice No. : 139691           Invoice Date : 4/9/2013
**Total Due** : **$1,476.50**
AFTER 5/9/2013  PAY  $1,550.33

Remit To:  **Stewart Richardson Deposition Services**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



**Indianapolis Interpreters, Inc.**
*your language connection*

902 East 66th St., Ste. B
Indianapolis, IN 46220

# Invoice

| Date | Invoice # |
|---|---|
| 4/16/2013 | 6283 |

**Attn:**
Ogletree Deakins Nash Smoak & Stewart
Attn: Brett Buhl
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204

| P.O. No. | Vendor ID | Due Date | Fed Tax ID |
|---|---|---|---|
|  |  | 4/16/2013 | 35-2151943 |

| Serviced | Description | Times | Interpreter | Amount |
|---|---|---|---|---|
| 4/4/2013 | Burmese-Chin Interpreter for Cung Hnin v. Toa, LLC | 9:30a-7:30p | Sui T. | 800.00 |

*Thank you very much for your business!*

**Total** $800.00

PLEASE NOTE OUR CHANGE OF ADDRESS - 902 E. 66th St., Ste. B, Indianapolis, IN 46220

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 317-341-4137 | 317-245-2322 | chris@indianapolisinterpreters.com | www.indianapolisinterpreters.com |