# Medical Records Invoices
# Exhibit C to
# Declaration of Kenneth B. Siepman

| HealthPort |  | Invoice #: 0122968457 |
| P.O. Box 409740 | **HealthPort.** | Date: 2/20/2013 |
| Atlanta, Georgia 30384-9740 | **INVOICE** | Customer #: 1327261 |
| Fed Tax ID 58 - 2659941 | | |
| (770) 754 - 6000 | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JAMES E CANGANY | JAMES E CANGANY | MADISON AVENUE FAMILY PRACTICE |
| OGLETREE DEAKINS NASH ET AL | OGLETREE DEAKINS NASH ET AL | 8778 MADISON AVENUE SUITE 200 |
| 111 MONUMENT CIRCLE | 111 MONUMENT CIRCLE | INDIANAPOLIS, IN 46227 |
| STE 4600 | STE 4600 | |
| INDIANAPOLIS, IN 46204- | INDIANAPOLIS, IN 46204- | |

**Requested By:** OGLETREE DEAKINS ET AL  **DOB:**
**Patient Name:** HNIN CUNG

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 40 | 0.50 | 20.00 |
| Per Page Copy (Paper) 1 | 63 | 0.25 | 15.75 |
| Per Page Copy (Paper) 3 | 10 | 0.00 | 0.00 |
| Shipping | | | 6.85 |
| Subtotal | | | 62.60 |
| Sales Tax | | | 5.78 |
| Certification Fee | | | 20.00 |
| Invoice Total | | | 88.38 |
| Balance Due | | | 88.38 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days         Please remit this amount : $ 88.38 (USD)

---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0122968457

Check # _____
Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

| | | | |
|---|---|---|---|
| HealthPort<br>P.O. Box 409740<br>Atlanta, Georgia 30384-9740<br>Fed Tax ID 58 - 2659941<br>(770) 754 - 6000 | **HealthPort**<br>**INVOICE** | Invoice #: 0122894764<br>Date: 2/19/2013<br>Customer #: 1327261 | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JAMES E CANGANY<br>OGLETREE DEAKINS NASH ET AL<br>111 MONUMENT CIRCLE<br>STE 4600<br>INDIANAPOLIS, IN 46204- | JAMES E CANGANY<br>OGLETREE DEAKINS NASH ET AL<br>111 MONUMENT CIRCLE<br>STE 4600<br>INDIANAPOLIS, IN 46204- | UROLOGY OF INDIANA<br>679 E COUNTY LINE RD<br>GREENWOOD, IN 46143 |

**Requested By:** OGLETREE DEAKINS NASH ET AL  
**Patient Name:** HNIN CUNG  
**DOB:**  
**FILE NUMBER:** 005706000021

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 29 | 0.50 | 14.50 |
| Per Page Copy (Paper) 2 | 10 | 0.00 | 0.00 |
| Shipping | | | 2.32 |
| Subtotal | | | 36.82 |
| Sales Tax | | | 2.58 |
| Invoice Total | | | 39.40 |
| Balance Due | | | 39.40 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days    Please remit this amount : $ 39.40 (USD)

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0122894764

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.